**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JARED SKINNER,

Plaintiff,

-against-

ANDREW LAUFER; JOHN DOE; NYC COMPTROLLERS OFFICE,

Defendants.

---------------------------------------------------------------X

26 **CIVIL** 6754 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2026, the Court has dismissed Plaintiff's federal claims, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), has declined supplemental jurisdiction of Plaintiff's state law claims, 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

October 9, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:** K. Mango

______________________________

**Deputy Clerk**